(July 2, 1993)

■ In the Matter of HERMAN CHASIN, Admitted as HERMAN S. CHASIN, an Attorney. [601 NYS2d 791] —Motion granted, and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective immediately. Concur—Murphy, P. J., Rosenberger, Kassal, Asch and Rubin, JJ.